IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN DEJOURN JORDAN,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | No. 13-2503 |
| | : | |
| **GERALD ROZUM, ET AL.,** | : | |
| Resondents. | : | |
| | : | |

# ORDER

**AND NOW**, this 3rd day of October, 2016, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), Petitioner's "Memorandum of Law and Facts Supporting Writ of Habeas Corpus" (Doc. No. 5), "Respondent's Brief in Opposition to Petition for Writ of Habeas Corpus" (Doc. No. 7); "Reply Brief of Petitioner" (Doc. No. 8), the Report and Recommendation of United States Magistrate David R. Strawbridge dated February 27, 2015 (Doc. No. 17), "Petitioner's Objections to U.S.M.J. David R. Strawbridge's Report and Recommendation" (Doc. No. 19), "Petitioner's Reply to respondents' Appendix of Exhibits and Request for Sanctions" (Doc. No. 15) and after a thorough and independent review of the record, it is hereby **ORDERED** that:

1. Petitioner's objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED** in all respects except for the reasoning as to claims two and three;

3. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice and **DISMISSED** without an evidentiary hearing;

4. There is no probable cause to issue a certificate of appealability; and

5. Petitioner's request for sanctions (Doc. No. 15) is **DENIED.**

                                                **BY THE COURT:**

                                        **/s/ Mitchell S. Goldberg**
                                        **MITCHELL S. GOLDBERG, J.**